UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32417 |
|---|---|
| DAVID L JOHNSON | (Chapter 13) |
| JAMELA JOHNSON | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4035530**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 14 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 44.09 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/4/2010

Certificate of Service          06-32417

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DAVID L JOHNSON
JAMELA JOHNSON
4145 POMPTON CT
DAYTON, OH  45405

BRIAN C PETROZIELLO
1 MAPLE ST
TROTWOOD, OH  45426

(14.1)
CAPITAL ONE
% TSYS DEBT MANAGEMENT
BOX 5155
NORCROSS, GA  30091

(1003.1n)
CONNIE J VANDERGRIFF
ON BEHALF OF WELLS FARGO BANK
9441 LBJ FREEWAY
DALLAS, TX  75243

(85.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(87.1n)
FORD MOTOR CREDIT COMPANY
BOX 537901
LIVONIA, MI  48153

(1004.1n)
RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner          sv